UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RB RUBBER PRODUCTS, INC., individually and behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CSX TRANSPORTATION, INC., UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, and KANSAS CITY SOUTHERN RAILWAY CO.,<br><br>Defendants. | Case No. 1:07-cv-02263 |

## MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW H. ARMSTRONG

Pursuant to LCvR 83.2(d) the undersigned moves this Court for the *pro hac vice* admission of Matthew H. Armstrong as a visiting lawyer to represent plaintiff in the above-captioned action. In support of this motion, movant states as follows:

1. I am a member in good standing of the bar of this Court.

2. I sponsor Matthew H. Armstrong for admission *pro hac vice.*

3. The declaration of Matthew H. Armstrong is submitted with this motion and incorporated by this reference.

Wherefore, movant respectfully requests that Matthew H. Armstrong be admitted *pro hac vice* in this action.

Respectfully submitted,

_____
Michelle A. Parfitt, Esq.
D.C. Bar No. 358592

1

Ashcraft & Gerel, LLP
Suite 400
2000 L Street, N.W.
Washington, D.C. 20036
Telephone (202) 783-6400
Fax (202) 416-6392
Email: mparf@aol.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RB RUBBER PRODUCTS, INC., individually and behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CSX TRANSPORTATION, INC., UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, and KANSAS CITY SOUTHERN RAILWAY CO.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:07-cv-02263 |

## DECLARATION OF MATTHEW H. ARMSTRONG

Pursuant to 28 U.S.C. § 1746 I, Matthew H. Armstrong, declare under penalty of perjury that the following is true and correct:

1. I, Matthew Hall Armstrong, am an attorney at law. I have a B.A. from Carleton College (1990) and a J.D. from Washington University in St. Louis (1994). I was a judicial clerk for the Hon. Gordon E. Maag, Illinois Appellate Court, Fifth District (1995-96) and have been in private practice representing parties in complex litigation since 1996.

2. I am an attorney with the firm of Schlichter, Bogard & Denton, 100 South Fourth Street, Suite 900, St. Louis, Missouri 63102.

3. I am admitted to practice in the State of Missouri (1994), the State of Illinois (1995), and the District of Columbia (2007). I am admitted to practice before the United States Supreme Court (2007), the United States Court of Appeals for the Seventh Circuit (2006) and the Eighth Circuit (1995), the United States District

Courts for the Eastern District of Missouri (1994) and the Southern District of Illinois (1995).

4. I have not been disciplined by any bar or court.

5. This is my first application for admission *pro hac vice* to this Court.

6. I was sworn in as a member of the District of Columbia Bar on June 11, 2007, and intend to apply for general admission to the bar of this Court.

Executed on this 12th day of December, 2007.

                                              Matthew H. Armstrong
                                              D.C. Bar No. 974272

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RB RUBBER PRODUCTS, INC., individually and behalf of all those similarly situated<br><br>Plaintiff<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CSX TRANSPORTATION INC., UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, and KANSAS CITY SOUTHERN RAILWAY CO.,<br><br>Defendants. | Case No. 1:07-cv-02263 |

## ORDER

Before the Court is the motion for admission *pro hac vice* of Matthew H. Armstrong in this action. The Court **GRANTS** the motion and admits *pro hac vice* Matthew H. Armstrong.

IT IS SO ORDERED.

Signed this ____ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE.