UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RB RUBBER PRODUCTS, INC., individually and behalf of all those similarly situated<br><br>Plaintiff<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CSX TRANSPORTATION INC., UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, and KANSAS CITY SOUTHERN RAILWAY CO.,<br><br>Defendants. | Case No. 1:07-cv-02263<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned counsel, Susan C. Minkin, hereby appears on behalf of the Plaintiffs in the above referenced action.

RESPECTFULLY SUBMITTED,

BY: *(signature)*

Susan C. Minkin, Bar #413477
ASHCRAFT & GEREL, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

Telephone No.  (202) 783-6400
Fax No.        (202) 416-6392

Email:  sminkin@ashcraftlaw.com

Dated: January 16, 2008