IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RB RUBBER PRODUCTS, INC., on behalf of itself and all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CSX TRANSPORTATION, INC., UNION PACIFIC RAILROAD COMPANY, BNSF RAILWAY COMPANY, AND KANSAS CITY SOUTHERN RAILWAY COMPANY,<br><br>               Defendants. | Civil Action No. 07-cv-02263 (PLF) |

## STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendants, as follows:

WHEREAS, the instant action raises allegations similar to those raised in the actions that the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated or consolidated pretrial proceedings, and captioned *In re: Rail Freight Surcharge Antitrust Litigation*, No. 1:07-mc-00489, MDL No. 1869 (the "MDL Proceeding"); and

WHEREAS, plaintiff and defendants anticipate that the instant action will be included as a "tag-along" action with the MDL Proceeding; and

WHEREAS, plaintiffs and defendants in the MDL Proceeding filed a Joint Motion for Entry of Proposed Pretrial Order No. 1 on December 7, 2007 (Dkt. # 5), which motion proposes a schedule for the initial stages of the litigation; and

WHEREAS, plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this action separately from their response to any consolidated complaint that may be filed in the MDL Proceeding;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval:

1. The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until the Court establishes a scheduling order for responses to a consolidated complaint in the MDL Proceeding.

2. The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed.

3. For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel.

_____
Michelle A. Parfitt (D.C. Bar # 358592)
ASHCRAFT & GEREL LLP
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400

_____
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
*Attorneys for Defendant BNSF Railway Company*

Matthew H. Armstrong (D.C. Bar # 974272)
Jerome J. Schlichter
Roger C. Denton
SCHLICHTER, BOGARD & DENTON LLP
1000 S. Fourth Street, Suite 900
St. Louis, MO  63102
(314) 621-6115

*Attorneys for Plaintiff RB Rubber Products, Inc., and the Proposed Class*

Richard McMillan, Jr. (D.C. Bar # 169946)
Kent A. Gardiner (D.C. Bar # 432081)
Kathryn D. Kirmayer (D.C. Bar # 424699)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

Alan Wiseman (D.C. Bar #187972)
Joseph A. Ostoyich (D.C. Bar #436157)
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, D.C.  20004
(202) 783-0800

Tyrone Childress
David G. Meyer
HOWREY LLP
550 South Hope Street
Suite 1100
Los Angeles, CA 90071

*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes (D.C. Bar #195966)
Tara L. Reinhart
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7500

*Attorneys for Defendant Norfolk Southern Railway Company*

        Reid L. Ashinoff (D.C. Bar # 949180)
        Michael S. Gugig
        SONNENSCHEIN, NATH & ROSENTHAL LLP
        1221 Avenue of the Americas
        New York, New York  10020
        (212) 768-6730

        *Attorneys for Defendant Kansas City Southern Railway Company*

Dated: January 17, 2008

SO ORDERED this ___ day of _____, 2008

          .

_____
United States District Judge