UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RB RUBBER PRODUCTS, INC., individually and behalf of all those similarly situated,  )  )  ) | |
| Plaintiff,  )  ) | |
| v.  ) | Case No. 1:07-cv-02263-PLF |
| NORFOLK SOUTHERN RAILWAY COMPANY,  ) CSX TRANSPORTATION, INC.,  ) UNION PACIFIC RAILROAD COMPANY,  ) BNSF RAILWAY COMPANY, and  ) KANSAS CITY SOUTHERN RAILWAY CO.,  )  ) | Notice of Appearance |
| Defendants.  ) | |

**ENTRY OF APPEARANCE**

Please take notice that Matthew H. Armstrong hereby enters his appearance as counsel for Plaintiff RB Rubber Products, Inc.

Dated: January 29, 2008

                                              Respectfully submitted,

                                              /s/ Matthew H. Armstrong
                                              Matthew H. Armstrong
                                                 D.C. Bar No. 974272
                                              SCHLICHTER BOGARD & DENTON
                                              100 S. Fourth Street, Suite 900
                                              Saint Louis MO 63102
                                              Tel: 314-621-6115
                                              Fax: 314-621-5171
                                              marmstrong@uselaws.com